# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: §
§
MP HEATING & COOLING INC § Case No. 16-80546
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/08/2016. The undersigned trustee was appointed on 03/08/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $   53,981.37

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 13,371.19 |
| Bank service fees | 912.04 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]      $ | 39,698.14 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 07/28/2016 and the deadline for filing governmental claims was 09/06/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,949.07 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 5,949.07 , for a total compensation of $ 5,949.07 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 3.92 , for total expenses of $ 3.92 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/15/2017      By: /s/BERNARD J. NATALE, TRUSTEE
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-80546 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | MP HEATING & COOLING INC | | | | Date Filed (f) or Converted (c): | 03/08/2016 (f) |
| | | | | | 341(a) Meeting Date: | 04/21/2016 |
| For Period Ending: | 11/15/2017 | | | | Claims Bar Date: | 07/28/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT | 1,000.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCOUNT | 500.00 | 500.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT | 500.00 | 500.00 | | 0.00 | FA |
| 4. SAVINGS ACCOUNT | 500.00 | 500.00 | | 0.00 | FA |
| 5. Utility Security Deposits (Nicor & ComEd) | 750.00 | 0.00 | | 200.00 | FA |
| 6. SECURITY DEPOSITS | 2,400.00 | 0.00 | | 0.00 | FA |
| 7. ACCOUNTS RECEIVABLE | 0.00 | 200.00 | | 39,441.37 | FA |
| 8. INVENTORY | 200.00 | 0.00 | | 0.00 | FA |
| 9. OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | 600.00 | 800.00 | | 800.00 | FA |
| 10. AUTOMOBILES AND OTHER VEHICLES | 700.00 | 900.00 | | 900.00 | FA |
| 11. AUTOMOBILES AND OTHER VEHICLES | 500.00 | 200.00 | | 200.00 | FA |
| 12. AUTOMOBILES AND OTHER VEHICLES | 1,000.00 | 1,298.00 | | 1,298.00 | FA |
| 13. AUTOMOBILES AND OTHER VEHICLES | 1,600.00 | 11,142.00 | | 11,142.00 | FA |
| 14. TOOLS OF THE TRADE | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 15. TRADE NAME | 1.00 | 1.00 | | 0.00 | FA |
| 16. CUSTOMER LISTS | 1.00 | 1.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $11,752.00   $17,542.00     $53,981.37   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE TO PAY FEES OF SPECIAL COUNSEL. ACCOUNTANT TO PREPARE FINAL TAX RETURNS.

Initial Projected Date of Final Report (TFR): 03/31/2017      Current Projected Date of Final Report (TFR): 12/31/2017

Exhibit A

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 16-80546 | Trustee Name: BERNARD J. NATALE, TRUSTEE |
| Case Name: MP HEATING & COOLING INC | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8236 |
| | Checking |
| Taxpayer ID No: XX-XXX8527 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 11/15/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/27/16 | 7 | Response Team 1 Holdings, LLC<br>390 Holbrook Drive<br>Wheeling, IL  60090 | Account Receivable | 1121-000 | $249.50 | | $249.50 |
| 04/27/16 | 5 | Nicor Gas | Refund of Deposit | 1129-000 | $200.00 | | $449.50 |
| 04/28/16 | 7 | Metropolitan Title Agency, LLC<br>6277 E. Riverside Boulevard<br>Rockford, IL  61114 | Account Receivable<br>Funds held in Escrow for job done at 4431 E State Street Rockford IL | 1121-000 | $16,628.37 | | $17,077.87 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $17,067.87 |
| 05/11/16 | 7 | Response Team 1 Holdings, LLC<br>390 Holbrook Drive<br>Wheeling, IL  60090 | Account Receivable<br>A/R | 1121-000 | $1,563.50 | | $18,631.37 |
| 06/01/16 | | MP HVAC, Inc.<br>1293 Anvil Road<br>Machesney Park, IL  61115 | Pymt on Compromise for Motor Vehicles<br>Motor Vehicles and Office Equipment | | $14,340.00 | | $32,971.37 |
| | | | Gross Receipts              $14,340.00 | | | | |
| | 9 | | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES              $800.00 | 1129-000 | | | |
| | 10 | | AUTOMOBILES AND OTHER VEHICLES              $900.00 | 1129-000 | | | |
| | 11 | | AUTOMOBILES AND OTHER VEHICLES              $200.00 | 1129-000 | | | |
| | 12 | | AUTOMOBILES AND OTHER VEHICLES              $1,298.00 | 1129-000 | | | |
| | 13 | | AUTOMOBILES AND OTHER VEHICLES              $11,142.00 | 1129-000 | | | |
| 06/02/16 | 1101 | INTERNATIONAL SURETIES<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS LA 70139 | Bond# 016018067 | 2300-000 | | $17.05 | $32,954.32 |

| | | | | | | |
|---|---|---|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 5)* | | | Page Subtotals: | | $32,981.37 | $27.05 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 16-80546 | Trustee Name: BERNARD J. NATALE, TRUSTEE |
| Case Name: MP HEATING & COOLING INC | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8236 |
| | Checking |
| Taxpayer ID No: XX-XXX8527 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 11/15/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.94 | $32,927.38 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $47.37 | $32,880.01 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.89 | $32,831.12 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.81 | $32,782.31 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $47.17 | $32,735.14 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.67 | $32,686.47 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $47.03 | $32,639.44 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.53 | $32,590.91 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.46 | $32,542.45 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.70 | $32,498.75 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.32 | $32,450.43 |
| 04/18/17 | 7 | Stewart Title Guaranty Company 10 South Riverside Plaza Suite 1450 Chicago, IL 60606 | Compromise Re: A/R with Lien | 1121-000 | $21,000.00 | | $53,450.43 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 16-80546 | Trustee Name: BERNARD J. NATALE, TRUSTEE |
| Case Name: MP HEATING & COOLING INC | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8236 |
| | Checking |
| Taxpayer ID No: XX-XXX8527 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 11/15/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/04/17 | 1102 | SMITHAMUNDSEN LLC<br>150 N MICHIGAN AVENUE<br>SUITE 330<br>CHICAGO, IL  60601 | Payment of Fees & Costs for Matter 30131371 | | | $7,510.50 | $45,939.93 |
| | | SMITHAMUNDSEN LLC | Special Counsel Expenses  ($20.50) | 3220-000 | | | |
| | | SMITHAMUNDSEN LLC | Special Counsel Fees  ($7,490.00) | 3210-000 | | | |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $59.78 | $45,880.15 |
| 06/06/17 | 1103 | INTERNATIONAL SURETIES<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS LA 70139 | 2017 Bond Premium Payment | 2300-000 | | $32.30 | $45,847.85 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $71.08 | $45,776.77 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $65.88 | $45,710.89 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $67.97 | $45,642.92 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $67.86 | $45,575.06 |
| 09/28/17 | 1104 | SMITHAMUNDSEN LLC<br>150 N MICHIGAN AVENUE<br>SUITE 330<br>CHICAGO, IL  60601 | Final Fees & Expenses Matter #3031371/524463 | | | $2,716.34 | $42,858.72 |
| | | SMITHAMUNDSEN LLC | ($56.34) | 3220-000 | | | |
| | | SMITHAMUNDSEN LLC | ($2,660.00) | 3210-000 | | | |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $65.58 | $42,793.14 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*     Page Subtotals:     $0.00     $10,657.29

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 16-80546 | | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
| Case Name: | MP HEATING & COOLING INC | | Bank Name: | Associated Bank |
| | | | Account Number/CD#: | XXXXXX8236 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX8527 | | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: | 11/15/2017 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/12/17 | 1105 | NATALE, BERNARD J.<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Invoice #1166095/#425336<br>Reversal<br>Made out to wrong creditor | 3410-000 | | ($3,095.00) | $45,888.14 |
| 10/12/17 | 1105 | NATALE, BERNARD J.<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Invoice #1166095/#425336<br>Accounting Fees for MP<br>Heating & Cooling Inc | 3410-000 | | $3,095.00 | $42,793.14 |
| 10/12/17 | 1106 | WIPFLI INC<br>P O Box 3160<br>Milwaukee, WI  53201-3160 | Invoice #1166095/#425336<br>Pymt of Fees for MP Heating &<br>Cooling Inc | 3410-000 | | $3,095.00 | $39,698.14 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $53,981.37 | $14,283.23 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $53,981.37 | $14,283.23 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $53,981.37 | $14,283.23 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*                                         Page Subtotals:                   $0.00           $3,095.00

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8236 - Checking | $53,981.37 | $14,283.23 | $39,698.14 |
|  | $53,981.37 | $14,283.23 | $39,698.14 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $53,981.37 |
| Total Gross Receipts: | $53,981.37 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-80546  
Debtor Name: MP HEATING & COOLING INC  
Claims Bar Date: 7/28/2016  

Date: November 15, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $5,949.07 | $5,949.07 |
| TRTEE XP 100 2200 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $3.92 | $3.92 |
| ATTYFEES 100 3110 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $10,132.50 | $10,132.50 |
| ATTYE XP 100 3120 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $52.63 | $52.63 |
| SC Fees 100 3210 | SMITHAMUNDSEN LLC<br>150 N MICHIGAN AVENUE<br>SUITE 330<br>CHICAGO, IL  60601 | Administrative | | $0.00 | $7,490.00 | $7,490.00 |
| SCFEEFIN 100 3210 | SMITHAMUNDSEN LLC<br>150 N MICHIGAN AVENUE<br>SUITE 330<br>CHICAGO, IL  60601 | Administrative | | $0.00 | $2,660.00 | $2,660.00 |
| SCEXPFIN 100 3220 | SMITHAMUNDSEN LLC<br>150 N MICHIGAN AVENUE<br>SUITE 330<br>CHICAGO, IL  60601 | Administrative | | $0.00 | $56.34 | $56.34 |
| SC EXP 100 3220 | SMITHAMUNDSEN LLC<br>150 N MICHIGAN AVENUE<br>SUITE 330<br>CHICAGO, IL  60601 | Administrative | | $0.00 | $20.50 | $20.50 |
| ACCTFEE 100 3410 | WIPFLI INC<br>P O Box 3160<br>Milwaukee, WI  53201-3160 | Administrative | | $0.00 | $3,095.00 | $3,095.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-80546  
Debtor Name: MP HEATING & COOLING INC  
Claims Bar Date: 7/28/2016  

Date: November 15, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---:|---:|---:|
| 3P<br>280<br>5800 | Internal Revenue Service<br>Department Of The Treasury<br>P.O. Box 7346<br>Philadelphia, Pa 19101-7346 | Priority | | $0.00 | $17,272.08 | $17,272.08 |
| 4<br>280<br>5800 | Internal Revenue Service<br>Department Of The Treasury<br>P.O. Box 7346<br>Philadelphia, Pa 19101-7346 | Priority | Possible Duplicate of Claim 3<br>Objection Notes: The claim is a duplicate of Claim No. __3____, filed in the amount of $17272.08 by the IRS, which will be allowed. | $0.00 | $8,400.00 | $0.00 |
| 1<br>300<br>7100 | Gustave A Larson Company<br>W233 N 2869 Roundy Circle West<br>Pewaukee, Wi 53072 | Unsecured | | $0.00 | $126,208.46 | $126,208.46 |
| 2<br>300<br>7100 | Gustave A. Larson Company<br>% Teller, Levit & Silvertrust P.C.<br>19 South Lasalle Street #701<br>Chicago, Il 60603 | Unsecured | Possible Duplicate of Claim 1<br>Objection Notes: The claim is a duplicate of Claim No. _____1_, filed in the amount of $126208.46 on Gustave A Larson, which will be allowed. | $0.00 | $126,206.05 | $0.00 |
| 3U<br>300<br>7100 | Internal Revenue Service<br>P O Box 7317<br>Philadelphia PA 19101-7317 | Unsecured | | $0.00 | $2,996.41 | $2,996.41 |
| | Case Totals | | | $0.00 | $310,542.96 | $175,936.91 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2                                                        Printed: November 15, 2017

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-80546
Case Name: MP HEATING & COOLING INC
Trustee Name: BERNARD J. NATALE, TRUSTEE

Balance on hand $ 39,698.14

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BERNARD J. NATALE | $ 5,949.07 | $ 0.00 | $ 5,949.07 |
| Trustee Expenses: BERNARD J. NATALE | $ 3.92 | $ 0.00 | $ 3.92 |
| Attorney for Trustee Fees: BERNARD J. NATALE LTD | $ 10,132.50 | $ 0.00 | $ 10,132.50 |
| Attorney for Trustee Expenses: BERNARD J. NATALE LTD | $ 52.63 | $ 0.00 | $ 52.63 |
| Accountant for Trustee Fees: WIPFLI INC | $ 3,095.00 | $ 3,095.00 | $ 0.00 |
| Other: SMITHAMUNDSEN LLC | $ 10,150.00 | $ 10,150.00 | $ 0.00 |
| Other: SMITHAMUNDSEN LLC | $ 76.84 | $ 76.84 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 16,138.12
Remaining Balance $ 23,560.02

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 17,272.08 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | Internal Revenue Service | $ 17,272.08 | $ 0.00 | $ 17,272.08 |
| | Total to be paid to priority creditors | | | $ 17,272.08 |
| | Remaining Balance | | | $ 6,287.94 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 129,204.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Gustave A Larson Company | $ 126,208.46 | $ 0.00 | $ 6,142.12 |
| 3U | Internal Revenue Service | $ 2,996.41 | $ 0.00 | $ 145.82 |
| | Total to be paid to timely general unsecured creditors | | | $ 6,287.94 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE