**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
WESTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § § § | |
| MP HEATING & COOLING INC | § § § § | Case No. 16-80546 |
| Debtor | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    BERNARD J. NATALE, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 6,602.00 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 23,560.02 | Claims Discharged Without Payment: 122,916.93 |
| Total Expenses of Administration: 30,421.35 | |

    3) Total gross receipts of $ 53,981.37 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 53,981.37 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 30,421.35 | 30,421.35 | 30,421.35 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 17,272.08 | 17,272.08 | 17,272.08 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 129,204.87 | 129,204.87 | 6,287.94 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 176,898.30 | $ 176,898.30 | $ 53,981.37 |

4) This case was originally filed under chapter 7 on 03/08/2016 . The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/31/2018          By: /s/BERNARD J. NATALE, TRUSTEE
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ACCOUNTS RECEIVABLE | 1121-000 | 39,441.37 |
| AUTOMOBILES AND OTHER VEHICLES | 1129-000 | 900.00 |
| AUTOMOBILES AND OTHER VEHICLES | 1129-000 | 200.00 |
| AUTOMOBILES AND OTHER VEHICLES | 1129-000 | 1,298.00 |
| AUTOMOBILES AND OTHER VEHICLES | 1129-000 | 11,142.00 |
| OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | 1129-000 | 800.00 |
| Utility Security Deposits (Nicor & ComEd) | 1129-000 | 200.00 |
| **TOTAL GROSS RECEIPTS** | | **$53,981.37** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | NA | 5,949.07 | 5,949.07 | 5,949.07 |
| BERNARD J. NATALE | 2200-001 | NA | 3.92 | 3.92 | 3.92 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 49.35 | 49.35 | 49.35 |
| Associated Bank | 2600-000 | NA | 912.04 | 912.04 | 912.04 |
| BERNARD J. NATALE LTD | 3110-000 | NA | 10,132.50 | 10,132.50 | 10,132.50 |
| BERNARD J. NATALE LTD | 3120-000 | NA | 52.63 | 52.63 | 52.63 |
| SMITHAMUNDSEN LLC | 3210-600 | NA | 10,150.00 | 10,150.00 | 10,150.00 |
| SMITHAMUNDSEN LLC | 3220-610 | NA | 76.84 | 76.84 | 76.84 |
| WIPFLI INC | 3410-000 | NA | 3,095.00 | 3,095.00 | 3,095.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 30,421.35 | $ 30,421.35 | $ 30,421.35 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | Internal Revenue Service | 5800-000 | NA | 17,272.08 | 17,272.08 | 17,272.08 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 17,272.08 | $ 17,272.08 | $ 17,272.08 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Gustave A Larson Company | 7100-000 | NA | 126,208.46 | 126,208.46 | 6,142.12 |
| 3U | Internal Revenue Service | 7100-000 | NA | 2,996.41 | 2,996.41 | 145.82 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 129,204.87 | $ 129,204.87 | $ 6,287.94 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 16-80546 TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | MP HEATING & COOLING INC | | | Date Filed (f) or Converted (c): | 03/08/2016 (f) |
| | | | | 341(a) Meeting Date: | 04/21/2016 |
| For Period Ending: | 01/31/2018 | | | Claims Bar Date: | 07/28/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT | 1,000.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCOUNT | 500.00 | 500.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT | 500.00 | 500.00 | | 0.00 | FA |
| 4. SAVINGS ACCOUNT | 500.00 | 500.00 | | 0.00 | FA |
| 5. Utility Security Deposits (Nicor & ComEd) | 750.00 | 0.00 | | 200.00 | FA |
| 6. SECURITY DEPOSITS | 2,400.00 | 0.00 | | 0.00 | FA |
| 7. ACCOUNTS RECEIVABLE | 0.00 | 200.00 | | 39,441.37 | FA |
| 8. INVENTORY | 200.00 | 0.00 | | 0.00 | FA |
| 9. OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | 600.00 | 800.00 | | 800.00 | FA |
| 10. AUTOMOBILES AND OTHER VEHICLES | 700.00 | 900.00 | | 900.00 | FA |
| 11. AUTOMOBILES AND OTHER VEHICLES | 500.00 | 200.00 | | 200.00 | FA |
| 12. AUTOMOBILES AND OTHER VEHICLES | 1,000.00 | 1,298.00 | | 1,298.00 | FA |
| 13. AUTOMOBILES AND OTHER VEHICLES | 1,600.00 | 11,142.00 | | 11,142.00 | FA |
| 14. TOOLS OF THE TRADE | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 15. TRADE NAME | 1.00 | 1.00 | | 0.00 | FA |
| 16. CUSTOMER LISTS | 1.00 | 1.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $11,752.00 $17,542.00 $53,981.37 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE TO PAY FEES OF SPECIAL COUNSEL. ACCOUNTANT TO PREPARE FINAL TAX RETURNS.

Initial Projected Date of Final Report (TFR): 03/31/2017     Current Projected Date of Final Report (TFR): 12/31/2017

Exhibit 8

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 16-80546 | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | MP HEATING & COOLING INC | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX8236 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8527 | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: | 01/31/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/27/16 | 7 | Response Team 1 Holdings, LLC<br>390 Holbrook Drive<br>Wheeling, IL 60090 | Account Receivable | 1121-000 | $249.50 | | $249.50 |
| 04/27/16 | 5 | Nicor Gas | Refund of Deposit | 1129-000 | $200.00 | | $449.50 |
| 04/28/16 | 7 | Metropolitan Title Agency, LLC<br>6277 E. Riverside Boulevard<br>Rockford, IL 61114 | Account Receivable<br>Funds held in Escrow for job done at 4431 E State Street Rockford IL | 1121-000 | $16,628.37 | | $17,077.87 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $17,067.87 |
| 05/11/16 | 7 | Response Team 1 Holdings, LLC<br>390 Holbrook Drive<br>Wheeling, IL 60090 | Account Receivable<br>A/R | 1121-000 | $1,563.50 | | $18,631.37 |
| 06/01/16 | | MP HVAC, Inc.<br>1293 Anvil Road<br>Machesney Park, IL 61115 | Pymt on Compromise for Motor Vehicles<br>Motor Vehicles and Office Equipment | | $14,340.00 | | $32,971.37 |
| | | | Gross Receipts    $14,340.00 | | | | |
| | 9 | | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES    $800.00 | 1129-000 | | | |
| | 10 | | AUTOMOBILES AND OTHER VEHICLES    $900.00 | 1129-000 | | | |
| | 11 | | AUTOMOBILES AND OTHER VEHICLES    $200.00 | 1129-000 | | | |
| | 12 | | AUTOMOBILES AND OTHER VEHICLES    $1,298.00 | 1129-000 | | | |
| | 13 | | AUTOMOBILES AND OTHER VEHICLES    $11,142.00 | 1129-000 | | | |
| 06/02/16 | 1101 | INTERNATIONAL SURETIES<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS LA 70139 | Bond# 016018067 | 2300-000 | | $17.05 | $32,954.32 |

| | | | Page Subtotals: | | $32,981.37 | $27.05 | |
| --- | --- | --- | --- | --- | --- | --- | --- |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| Case No: | 16-80546 | Trustee Name: | BERNARD J. NATALE, TRUSTEE | |
| Case Name: | MP HEATING & COOLING INC | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX8236 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX8527 | Blanket Bond (per case limit): | $3,000.00 | |
| For Period Ending: | 01/31/2018 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.94 | $32,927.38 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $47.37 | $32,880.01 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.89 | $32,831.12 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.81 | $32,782.31 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $47.17 | $32,735.14 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.67 | $32,686.47 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $47.03 | $32,639.44 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.53 | $32,590.91 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.46 | $32,542.45 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.70 | $32,498.75 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.32 | $32,450.43 |
| 04/18/17 | 7 | Stewart Title Guaranty Company 10 South Riverside Plaza Suite 1450 Chicago, IL 60606 | Compromise Re: A/R with Lien | 1121-000 | $21,000.00 | | $53,450.43 |

| | | | Page Subtotals: | | $21,000.00 | $503.89 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 16-80546 | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
|---|---|---|---|
| Case Name: | MP HEATING & COOLING INC | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX8236 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8527 | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: | 01/31/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/04/17 | 1102 | SMITHAMUNDSEN LLC<br>150 N MICHIGAN AVENUE<br>SUITE 330<br>CHICAGO, IL 60601 | Payment of Fees & Costs for Matter 30131371 | | | $7,510.50 | $45,939.93 |
| | | SMITHAMUNDSEN LLC | Special Counsel Expenses ($20.50) | 3220-000 | | | |
| | | SMITHAMUNDSEN LLC | Special Counsel Fees ($7,490.00) | 3210-000 | | | |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $59.78 | $45,880.15 |
| 06/06/17 | 1103 | INTERNATIONAL SURETIES<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS LA 70139 | 2017 Bond Premium Payment | 2300-000 | | $32.30 | $45,847.85 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $71.08 | $45,776.77 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $65.88 | $45,710.89 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $67.97 | $45,642.92 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $67.86 | $45,575.06 |
| 09/28/17 | 1104 | SMITHAMUNDSEN LLC<br>150 N MICHIGAN AVENUE<br>SUITE 330<br>CHICAGO, IL 60601 | Final Fees & Expenses Matter #3031371/524463 | | | $2,716.34 | $42,858.72 |
| | | SMITHAMUNDSEN LLC | ($56.34) | 3220-000 | | | |
| | | SMITHAMUNDSEN LLC | ($2,660.00) | 3210-000 | | | |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $65.58 | $42,793.14 |

Page Subtotals: $0.00  $10,657.29

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 16-80546 | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | MP HEATING & COOLING INC | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX8236 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8527 | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: | 01/31/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/12/17 | 1105 | NATALE, BERNARD J.<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Invoice #1166095/#425336<br>Reversal<br>Made out to wrong creditor | 3410-000 | | ($3,095.00) | $45,888.14 |
| 10/12/17 | 1105 | NATALE, BERNARD J.<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Invoice #1166095/#425336<br>Accounting Fees for MP<br>Heating & Cooling Inc | 3410-000 | | $3,095.00 | $42,793.14 |
| 10/12/17 | 1106 | WIPFLI INC<br>P O Box 3160<br>Milwaukee, WI  53201-3160 | Invoice #1166095/#425336<br>Pymt of Fees for MP Heating &<br>Cooling Inc | 3410-000 | | $3,095.00 | $39,698.14 |
| 12/11/17 | 1108 | Clerk, U.S. Bankruptcy Court | Remit to Court Reversal<br>Should be made out to Bernard<br>Natale for Trustee Expenses | 2200-000 | | ($3.92) | $39,702.06 |
| 12/11/17 | 1107 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $5,949.07 | $33,752.99 |
| 12/11/17 | 1108 | Clerk, U.S. Bankruptcy Court | Remit to Court | 2200-001 | | $3.92 | $33,749.07 |
| 12/11/17 | 1109 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Distribution | | | $10,185.13 | $23,563.94 |
| | | BERNARD J. NATALE LTD | Attorney Fees       ($10,132.50) | 3110-000 | | | |
| | | BERNARD J. NATALE LTD | Attorney Expenses       ($52.63) | 3120-000 | | | |
| 12/11/17 | 1110 | Internal Revenue Service<br>Department Of The Treasury<br>P.O. Box 7346<br>Philadelphia, Pa 19101-7346 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | 5800-000 | | $17,272.08 | $6,291.86 |
| 12/11/17 | 1111 | Gustave A Larson Company<br>W233 N 2869 Roundy Circle West<br>Pewaukee, Wi 53072 | Final distribution to claim 1 representing a payment of 4.87 % per court order. | 7100-000 | | $6,142.12 | $149.74 |
| 12/11/17 | 1112 | Internal Revenue Service<br>P O Box 7317<br>Philadelphia PA 19101-7317 | Ref #8527 FUTA 12/31/12<br>Unsecured Claim Portion | 7100-000 | | $145.82 | $3.92 |

Page Subtotals: $0.00   $42,789.22

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 16-80546 |
| Case Name: | MP HEATING & COOLING INC |
| Taxpayer ID No: | XX-XXX8527 |
| For Period Ending: | 01/31/2018 |

| | |
|---|---|
| Trustee Name: | BERNARD J. NATALE, TRUSTEE |
| Bank Name: | Associated Bank |
| Account Number/CD#: | XXXXXX8236 |
| | Checking |
| Blanket Bond (per case limit): | $3,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/11/17 | 1113 | NATALE, BERNARD J.<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL 61107 | Trustee Expenses | 2200-000 | | $3.92 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $53,981.37 | $53,981.37 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $53,981.37 | $53,981.37 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $53,981.37 | $53,981.37 |

Page Subtotals: $0.00 $3.92

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8236 - Checking | $53,981.37 | $53,981.37 | $0.00 |
|  | $53,981.37 | $53,981.37 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $53,981.37 |
| Total Gross Receipts: | $53,981.37 |